IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATERRIA SMITH, as the Independent Administrator of the ESTATE OF JAYDEN D. PERKINS, Deceased, LATERRIA SMITH, Individually, and LATERRIA SMITH, Mother and Next of Kin of KAMERON MILES, a Minor, <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br>ILLINOIS PRISONER REVIEW BOARD, DONALD SHELTON, Former Chair of the Illinois Prisoner Review Board, LEANN MILLER, Former Member of the Illinois Prisoner Review Board, JAMES MONTGOMERY, Executive Director of the Illinois Prisoner Review Board, ILLINOIS DEPARTMENT OF CORRECTIONS, LATOYA HUGHES, Acting Director of the Illinois Department of Corrections, CHICAGO POLICE DEPARTMENT, COOK COUNTY SHERIFF DEPARTMENT, THOMAS DART, Sheriff of Cook County, CITY OF CHICAGO, and COOK COUNTY, <br><br>　　　　　　Defendant. | Case No.　　25 CV 4279 |

NOTICE OF REMOVAL

　　　　Defendants City of Chicago and Chicago Police Department by one of their attorneys, Marion Moore, Chief Assistant Corporation Counsel of the City of Chicago, respectfully request(s) removal of the above-entitled action to this Court, pursuant to 28 U.S.C. §1441(a) and §1446 (a), based on the following grounds:

　　　　1.　　　Defendants City of Chicago and Chicago Police Department was named as defendants in a civil action filed in the Circuit Court of Cook County of the State of Illinois, 25 L 3583 , entitled Laterria Smith, as the Independent Administrator of the Estate of Jayden D.

Perkins, Deceased, Laterria Smith, Individually, and Laterria Smith, Mother and Next of Kin of Kameron Miles, a minor v. Illinois Prisoner Review Board, et. al.

2. On March 13, 2025 the Complaint was filed. On March 21, 2025 Defendants City of Chicago and Chicago Police Department were served. See Summons and Complaint (Exhibit A). The Co-Defendants consent to removal as attached (Exhibits B-E). The affidavit for Montgomery and PRB will be filed upon receipt.

3. Plaintiffs bring this action pursuant to 42 U.S.C. § 1983 and Illinois common law. In Count I, Count II, and Count III, Plaintiffs alleges that the Plaintiffs were subject to "state created danger and deliberate indifference" in violation of the Fourteenth Amendment of The United States Constitution. In Count IV and Count V, Plaintiffs allege they were subject to "failure to protect" pursuant to 42 U.S.C. § 1983. In Count VI, VII, and VIII, Plaintiffs allege they were subjected to a "failure to intervene" in violation of 42 U.S.C. § 1983. In Count IX, Plaintiffs alleged they were subjected to "Failure to Supervise and Deliberate Indifference" in violation of 42 U.S.C. § 1983. In Counts X, XI, XII Plaintiffs bring a claim for 42 U.S.C. § 1983 Supervisory Liability. Counts XIII purports to be a 42 U.S.C. § 1983 *Monell* claim. The remaining counts make allegations under Illinois law for claims such as negligence, negligent and intentional infliction of emotional distress, and survival action.

4. Based on the allegations of the complaint and for reasons set forth above, Defendant(s) are entitled to remove this action to this court, pursuant to 28 U.S.C. §1441(a).

WHEREFORE, Defendants City of Chicago and Chicago Police Department respectfully request that the above-entitled action now pending in the Circuit Court of Cook County in the State of Illinois, case number 25 L 3583, be removed therefrom to this Court.

| | |
|---|---|
| Dated: April 18, 2025 | Respectfully submitted, |
| | /s/ Marion C. Moore |
| | Marion C. Moore |
| | Chief Assistant Corporation Counsel |

2 N. LaSalle St., Suite 420
Chicago, IL  60602
(312) 744-5170
marion.moore@cityofchicago.org
Atty. No. 6302566

**CERTIFICATE OF SERVICE**

        The undersigned counsel hereby certifies that on April 18, 2025, the foregoing document was electronically served via mail and e-mail to plaintiff at:

    **Cozette A. Otubusin, Esq.**
    **Paul O. Otubusin, Esq.**
    **OTUBUSIN & OTUBUSIN**
    **77 West Washington Street**
    **Suite 1204**
    **Chicago, Illinois 60602**
    cozette@otubusinlaw.com
    drotubusin@otusubinlaw.com

                                        */s/ Marion C. Moore*
                                        Marion C. Moore
                                        Chief Assistant Corporation Counsel

Federal Civil Rights Litigation Division
2 N. LaSalle St., Suite 420
Chicago, IL  60602
(312) 744-5170
marion.moore@cityofchicago.org
Atty. No. 6302566