**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LATERRIA SMITH, as the Independent Administrator of the ESTATE OF JAYDEN D. PERKINS, Deceased, LATERRIA SMITH, Individually, and LATERRIA SMITH, Mother and Next of Kin of KAMERON MILES, a Minor, | Case No. 1:25-cv-04279 |
| Plaintiffs, | |
| v. | |
| CITY OF CHICAGO, LATOYA HUGHES, Acting Director of the Illinois Department of Corrections, DONALD SHELTON, Former Chair of the Illinois Prisoner Review Board, and LEANN MILLER, Former Member of the Illinois Prisoner Review Board, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby gives notice of their voluntary dismissal of this case without prejudice. Defendants have not answered or moved for summary judgment.

Respectfully submitted,

**Laterria Smith, as the Independent Administrator of  the ESTATE OF D. JAYDEN PERKINS, LATERRIA SMITH, in her individual capacity, and Laterria Smith on behalf of KAMERON MILES, a minor**

By: _____

One of Her Attorneys

Date: March 11, 2026

Cozette A. Otubusin, Esq.
Paul O. Otubusin, Esq.
**OTUBUSIN & OTUBUSIN**
77 West Washington Street
Suite 1204
Chicago, Illinois  60602
cozette@otubusinlaw.com
drotubusin@otubusinlaw.com
(312) 251-1480
(312) 251-1481 (Fax)